|  |  |
|---|---|
| State | |
| vs | Ind. No. 11654 |
| Joseph Condello | |

RESCRIPT
April 23, 1927

HAHN, J. Heard on defendant's motion for a new trial.

The evidence in this case shows the presence of the defendant at or near the scene of the robbery. Various circumstances tend to show his connection with it, all of, which matters were rendered more definite by the fact that the Ford car which he drove was of unusual design, and his apprehension by the sheriff after a pursuit of many miles into the State of Connecticut gives additional weight to the testimony of the witnesses for the State. Defendant's alibi was unconvincing and the entire circumstances point clearly to his complicity in the attempted robbery.

Petition for new trial denied.

For State: Attorney General.

For Defendant: Edmund F. Beagan.

---

|  |  |
|---|---|
| John Gautieri | |
| vs. | No.68948 |
| Joseph A. Tuzio | |

RESCRIPT
April 26, 1927

CAPOTOSTO, J. In an action of assumpsit plaintiff seeks to recover compensation for services rendered the defendant in taking care of certain mortgages. After a verdict for the defendant the plaintiff moves for a new trial.

The plaintiff's testimony is so interwoven with inconsistencies and untruths as to be unworthy of credence. In spite of the fact that this Court held the plaintiff for perjury, it has nevertheless scrupulously reviewed the evidence in this case. Its conclusion is that any other verdict than a verdict for the defendant would have put the stamp of approval upon improper conduct.

Motion for new trial denied.

For Plaintiff: William M. P. Bowen.

For Defendant: Pettine, Godfrey & Cambio.